| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Groff Tractor Holdings, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3900486** |
| 4. | **Debtor's address** | **Principal place of business**  **1460 Main Street, Suite 200**  **Southlake, TX 76092**  Number, Street, City, State & ZIP Code  **Tarrant**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Groff Tractor Holdings, LLC**　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>■ None of the above<br><br>B. *Check all that apply*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.<br>_____ |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11. *Check **all** that apply*:<br>　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ■ No.<br>☐ Yes.<br><br>District _____ When _____ Case number _____<br>District _____ When _____ Case number _____ |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. |

Debtor **Groff Tractor Holdings, LLC** _____ Case number (*if known*) _____
    Name

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____

District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>     Contact name _____<br>     Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ■ $100,000,001 - $500 million    ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million    ■ $100,000,001 - $500 million    ☐ More than $50 billion |

Debtor **Groff Tractor Holdings, LLC** Case number (*if known*)
       Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 11, 2025**
MM / DD / YYYY

X  /s/ Ross Gatlin
Signature of authorized representative of debtor

**Ross Gatlin**
Printed name

Title  **Manager**

**18. Signature of attorney**

X  /s/ Joshua N. Eppich
Signature of attorney for debtor

October 14, 2025
MM / DD / YYYY

**Joshua N. Eppich 24050567**
Printed name

**Bonds Ellis Eppich Schafer Jones LLP**
Firm name

**420 Throckmorton Street, Suite 1000**
**Fort Worth, TX 76102**
Number, Street, City, State & ZIP Code

Contact phone  **817-405-6900**  Email address  **Joshua@bondsellis.com**

**24050567 TX**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Debtor **Groff Tractor Holdings, LLC** Case number (*if known*)
Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF TEXAS

Case number (*if known*) _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Groff Tractor & Equipment, LLC** | | Relationship to you | |
| District | **Northern District of Texas** | When | Case number, if known | |
| Debtor | **Groff Tractor Mid Atlantic, LLC** | | Relationship to you | |
| District | **Northern District of Texas** | When | Case number, if known | |

# WRITTEN CONSENT OF THE SOLE MANAGER
# OF GROFF TRACTOR HOLDINGS, LLC

### September 11, 2025

Pursuant to the Texas Business Organizations Code and that certain Second Amended and Restated Limited Liability Company Agreement of Groff Tractor Holdings, LLC dated as of January 12, 2023 by Groff Tractor Holdings, LLC, a Texas limited liability company ("Company"), the undersigned, being the Manager ("Manager") of the Company, in lieu of a meeting, does hereby take the following actions and adopts the following resolutions by written consent (this "Consent"):

**(A) Voluntary Petition for Chapter 11 Bankruptcy**

**WHEREAS**, the Manager has evaluated a possible restructuring of the Company and the alternatives thereto, and has reviewed and considered the recommendations of the Company's professionals and advisors with respect to potential avenues for relief that are available to the Company, including the possibility of pursuing a restructuring of the Company's business and assets under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), and has determined that the filing of a voluntary petition (the "Petition") seeking relief pursuant to a case (the "Chapter 11 Case") under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") is in the best interests of the Company;

**NOW, THEREFORE, IT IS RESOLVED** that the Company shall be, and hereby is, authorized, empowered, and directed to commence a Chapter 11 Case under the Bankruptcy Code, including by: (a) filing a Petition for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court and any other forms and documents that may be necessary or appropriate to commence and maintain the Chapter 11 Case; and (b) performing any and all acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing;

**IT IS FURTHER RESOLVED** that Charles Collie and Ross Gatlin (each an "Authorized Person") as appointed herein pursuant to the terms of this Consent, is authorized, empowered, and directed to: (a) execute, acknowledge, deliver, and verify the Petition and all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution therefore any modifications to the Petition or ancillary documents as such Authorized Person, in his or her discretion deems necessary, desirable, or appropriate to carry out the intent and accomplish the purposes of these resolutions; (b) execute, acknowledge, deliver, and verify and file or cause to be filed all other petitions, schedules, statements, lists, motions, applications, including any plan of reorganization or motion to sell assets, and other papers and documents necessary or desirable in connection with the foregoing and the Chapter 11 Case; (c) execute, acknowledge, deliver and verify any and all other documents necessary, desirable or appropriate in connection with the Chapter 11 Case and to administer the Company's Chapter 11 Case in such form or forms as such Authorized Person may deem

1

necessary or advisable in order to effectuate the purpose and intent of the foregoing resolutions; and (d) all actions heretofore taken by each Authorized Person in connection with the subject of the foregoing resolutions be, and hereby are, approved, ratified and confirmed in all respects as the acts and deeds of the Company;

**IT IS FURTHER RESOLVED** that the law firm of Bonds Ellis Eppich Schafer Jones LLP shall be, and hereby is, authorized, empowered, and directed to represent the Company as a debtor and/or debtor-in-possession in connection with the Chapter 11 Case, and each Authorized Person is authorized and directed to retain on behalf of the Company, upon such terms and conditions as such Authorized Person shall approve, such law firm to represent the Company in connection with the Chapter 11 Case;

**IT IS FURTHER RESOLVED** that each Authorized Person is authorized, directed, and empowered to retain such other attorneys, financial advisors, accountants, and other professionals as such Authorized Person shall deem appropriate in his judgment to assist the Company in its restructuring efforts in the Chapter 11 Case or prior to filing; and

**IT IS FURTHER RESOLVED** that each Authorized Person, on behalf of the Company, is hereby authorized, empowered, and directed to take or cause to be taken any and all such further action as such Authorized Person shall deem necessary or appropriate to effectuate the purpose of the resolutions contained herein, including, without limitation, to execute and deliver any and all such further instruments and documents, and to pay all fees and expenses as may be necessary or appropriate in connection with the Chapter 11 Case.

**(B) Debtor-in-Possession Financing**

**WHEREAS**, the Company may determine it is in its best interests to obtain debtor-in-possession financing in connection with the Chapter 11 Case;

**WHEREAS**, in the event the Company decides to obtain debtor-in-possession financing, the Company anticipates a lender or lenders will require the Company to enter into certain agreements and execute other documents related to any debtor-in-possession financing;

**WHEREAS**, by this resolution, the Managers desire to authorize the Company to obtain such debtor-in-possession financing and to vest each Authorized Person with the requisite authority to bind the Company to any credit facility, financing agreement, and any and all other agreements and documents as may be necessary or appropriate to obtain such financing on behalf of the Company.

**NOW, THEREFORE, IT IS RESOLVED** that each Authorized Person is authorized and directed, on behalf of the Company, to negotiate the form and terms and provisions of any and all such agreements and documents as may be necessary or appropriate to obtain debtor-in-possession financing on behalf of the Company and to

execute and deliver all such agreements and documents as the Authorized Person in his sole and absolute discretion approves, with such approval being conclusively established by his execution and delivery of such documents relating to debtor-in-possession financing;

**IT IS FURTHER RESOLVED** that each Authorized Person is authorized and directed, on behalf of the Company, to negotiate the form and terms and provisions of any and all security documents (including without limitation Uniform Commercial Code financing statements) and any other notices, certificates, instruments, documents, and writings, and to do and perform or cause to be done and performed all such other acts as the Managers may from time to time deem necessary, advisable, or appropriate in order to (a) consummate debtor-in-possession credit facilities; (b) give or undertake security, assurances, or obligations to lenders in connection with a debtor-in-possession credit facilities; and/or (c) to perform and comply with all covenants and agreements and meet and satisfy all conditions and obligations of the Company set forth in any credit agreements or any of the instruments, documents and agreements executed or delivered by the Company, including as may be required by any credit agreements and any other documents requested by a lender in order to effect the transactions contemplated by such credit agreements; and

**IT IS FURTHER RESOLVED** that each Authorized Person is authorized to negotiate, execute, and deliver any amendments, modifications, or supplements to, any reaffirmations, and any waivers or consents under, any credit agreement to which the Company is a party (including, without limitation, any extensions for any period, any increases and any restructuring, refinancing, or rearrangement of obligations therewith) in the name of the Company and to take all actions in accordance therewith that the Managers deem necessary or appropriate.

**(C) Further Action**

**IT IS RESOLVED** that in addition to and without limiting the foregoing, each Authorized Person is hereby authorized, empowered, and directed to take, or cause to be taken, such further action, and to execute and deliver, or cause to be executed and delivered, for and in the name and on behalf of the Company, all such further instruments and documents as such Authorized Person, with the advice of counsel, may deem to be necessary or advisable in order to effect the purpose and intent of the foregoing resolutions and to be in the best interest of the Company (as conclusively evidenced by the taking of such action or the execution and delivery of such instruments or documents, as the case may be, by or under the direction of such Authorized Person), and all action heretofore taken by each Authorized Person in connection with the subject of the foregoing resolutions be, and it hereby is, approved, ratified and confirmed in all respects as the acts and deeds of the Company.

The undersigned certifies that he is the Manager of Groff Tractor Holdings, LLC, that is legally entitled to approve the foregoing resolutions, and that the adoption of such resolutions by

3

the written consent of the Manager is authorized by the organizational documents of the Company and applicable state law.

Dated to be effective this 11th day of September, 2025.

**MANAGER:**

*/s/ Ross Gatlin*
_____
**ROSS GATLIN**

4